**EXHIBIT B**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 3:21-CR-058 JD |
| ) | |
| JOSHUA N. PENNINGTON ) | |

**LETTER FROM DEFENDANT**

Comes now the Defendant, by Counsel, Brett B. Gibson, hereby submits for the Court's consideration the attached letter from Defendant.

Respectfully submitted:

_____
Brett B. Gibson, #20135-49
Gibson Law Office
133 N. 4th St Ste 73
Lafayette IN 47902
Phone: (765) 742-8440
Fax: (765) 742-8503
Email: bg@bbgibson.com

RE: U.S. vs. Joshua N. Pennington    11/15/21
Case #: 0755 3:21CR00058-1

To: The Honorable Jon E. DeGuilio
Chief United States District Court Judge

Your Honor,
    I write to you as an individual that has had nearly three years to reflect on his actions and circumstance. I want to express my continued remorse, sorrow, and apologies to you; the court; the community; and most importantly, to the victim and her family. I am deeply regretful of my actions. There is not a single day that goes by that I do not wish I could take them back. However, I have learned from this that: every decision has consequences, and that you as an individual must take responsibility for those consequences. Today I take responsibility for my choices and actions; and I plan to ongoingly take responsibility for them.
    Your Honor, I am a young man that is committed to completing his time; committed to therapy and counseling;

and focusing on treatment and rehabilitation. I have recognition of consequences, and plan to use that as the foundation to learn from this experience; and move forward with my life. I want to focus on bettering myself, in every possible way, to rebuild my life.

I plan to embrace treatment that will be provided to me as a sex-offender. I will ask myself key questions, such as: "why did this happen?" "why won't this happen again?"; and I plan to seek thorough answers in these programs. I want there to be confidence eventually restored in me; that I can confidently say "this is never going to happen again", based on what I've experienced, and what I now know. I recognize the wrongfullness of my actions, and their severity. More importantly, I've seen their consequences and effects.

I am choosing how to regard my decisions and unfortunate circumstances. I choose to not only accept, but embrace this situation; to better myself; and to commit to living a full life

2

in the future. I will now choose to regard my behavior accordingly, and strive everyday to make right of where I went wrong. I hope to prove this to the court, and the community, with time.

  I am immensely thankful that I have the continued support of my friends and family. They will surely be the back-bone of my support system, that will help lead to my sucess upon release. Hopefully their letters of support will attest to this. I also hope they confirm and support my good character.

  Prior to my incarceration, I was a steadily employed, hard-working individual. I was the sales coordinator for an industrial company for six years. This role required me to maintain a high-level of responsibility. Upon release I am confident I can find immediate employment in the industries I have previously served. I also will take advantage of futhering my education during my imprisonment. I currently have unutilized college

3

credits that I plan to use towards a degree. I will also enroll in any trade or skilled-labor classes in prison to ensure I have additional, employable skills. I am doing everything I can within my current circumstance to plan for a successful future.

Your Honor, I am aware of the severity of my actions. I am also aware of what this implements for my future. I will be subject to supervision and monitoring during my probation. I'll also have to register as a sex-offender. There will absolutely be a zero-tolerance for any negligent actions, and I will follow all of the rules and conditions.

Through my continued experience, I am going to regard the victim and her family; and the pain I have caused them. I'm completely ashamed of my actions, and I'm sorry for the harm they caused. No amount of time will fix or correct my actions, but I want to ongoingly express my heartfelt sorrow to them.

4

I will do everything I can to learn from this experience. I'm sorry from the bottom of my heart to all of those who I have affected. I pray for healing for us all. Your Honor, I thank you for your time and consideration. As a young man, I will embrace this situation; to put myself on the correct path to rebuild my life.

Respectfully,
Joshua N. Pennington
*Josh Pennington*

5